Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

*Attorney for Plaintiff Terry Fabricant and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROVED PROVIDERS NETWORK, LLC<br><br>    Defendant. | **Case No.**<br>**2:21−CV−02498−JAK−MRW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Counsel for Plaintiff Terry Fabricant and counsel for Defendant Approved Providers Network, LLC ("Approved Providers"). The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The Plaintiff's putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this August 9, 2021.

By: *Anthony I. Paronich*

- 1 -
STIPULATION OF DISMISSAL
*Fabricant v. Approved Providers Network, LLC*, Case No. 2:21−cv−02498−JAK−MRW

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

RESPECTFULLY SUBMITTED AND DATED this August 9, 2021.

By: <u>*Seth W. Wiener*</u>

Seth W. Wiener
Law Offices of Seth W. Wiener
Attorney for Defendant
APPROVED PROVIDERS NETWORK, LLC